```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA
```

| | | |
|---|---|---|
| STATE FARM MUTUAL AUTO INSURANCE COMPANY, | ) ) | 3:08-CV-00408-ECR-VPC |
| Plaintiff, | ) ) ) | MINUTES OF THE COURT |
| vs. | ) ) | DATE: November 6, 2008 |
| UNITED STATES OF AMERICA, UNITED STATES POSTAL SERVICE, | ) ) ) | |
| Defendants. | ) ) | |

PRESENT:     EDWARD C. REED, JR.                           U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN         Reporter:     NONE APPEARING

Counsel for Plaintiff(s)                 NONE APPEARING

Counsel for Defendant(s)                 NONE APPEARING

MINUTE ORDER IN CHAMBERS

**IT IS HEREBY ORDERED** that Defendants' Motion (#9), filed on September 11, 2008, to dismiss this action pursuant to Fed. R. Civ. P. 12(b)(1) and (6) is **GRANTED**.

Plaintiff did not oppose the Motion (#9). By Order (#12), filed October 3, 2008, the Court extended the time for Plaintiff to oppose the Motion (#9). Plaintiff failed to do so.

The Clerk shall enter judgment accordingly.

LANCE S. WILSON, CLERK

By       /s/
         Deputy Clerk