AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF   NEVADA

STATE FARM MUTUAL AUTO
INSURANCE COMPANY,

      Plaintiff,

V.

UNITED STATES OF AMERICA
UNITED STATES POSTAL SERVICE,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:08-CV-00408-ECR-VPC**

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss (#9) this action pursuant to Fed. R. Civ. P. 12 (b)(1) and (6) is **GRANTED**. Plaintiff did not oppose the Motion (#9). By Order (#12), filed October 3, 2008, the Court extended the time for Plaintiff to oppose the Motion (#9). Plaintiff failed to do so.

  November 7, 2008　　　　　　　　　　　　　　　　　　　**LANCE S. WILSON**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ P. McDonald
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk